IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AUFFENBERG CHRYSLER-PLYMOUTH, an Illinois corporation, d/b/a Auffenberg Chrysler Plymouth-Jeep, d/b/a Auffenberg Used Cars, d/b/a Auffenberg KIA, d/b/a Auffenberg Subaru/Suzuki, and d/b/a Auffenberg Hyundai St. Clair Nissan, Inc. Auffenberg Nissan, an Illinois corporation,<br><br>Plaintiff,<br><br>VS.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Missouri corporation; and BUSINESS SOFTWARE ALLIANCE, INC., a District of Columbia corporation;<br><br>Defendants. | NO. CV 06-828-DRH |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** March 1, 2007.

                                              NORBERT G. JAWORSKI, Clerk

                                              s/ Patricia A. Brown
                                              By: Patricia A. Brown, Deputy Clerk

**APPROVED:** /s/   David   RHerndon
                    **DISTRICT JUDGE**